HARRY LEVY ET AL. *v.* UNITED STATES

**No. 6675.**—Invoices dated London, England, July 23, 1942, etc.
 Certified July 25, 1942, etc.
 Entered at New York, N. Y., September 13, 1942, etc.
 Entry No. 706180, etc.

(Decided December 26, 1946)

*Siegel, Mandell & Davidson* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issues herein involved and the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, are similar in all material respects and the record in that case has been admitted in evidence herein.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

L. BAMBERGER & CO. *v.* UNITED STATES

**No. 6676.**—Invoice dated London, England, April 15, 1946.
 Certified April 15, 1946.
 Entered at Newark, N. J., May 7, 1946.
 Entry No. N–1141.

(Decided December 26, 1946)

*Strauss & Hedges (Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
 (Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.